IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| SHIALEIK LORENZO LEWIS, | : | |
| Plaintiff | : | |
| VS. | : | |
| Lieutenant DOUGLASS RIDALL, | : | NO. 7:06-cv-18(HL) |
| Defendant | : | **O R D E R** |

Plaintiff **SHIALEIK LORENZO LEWIS**, an inmate at Central State Prison in Macon, Georgia, has filed a motion to proceed *in forma pauperis* on appeal from the Court's March 9, 2006 order that dismissed plaintiff's *pro se* civil rights complaint under 42 U.S.C. § 1983. In the Court's best judgment, an appeal from its order cannot be taken in good faith. 28 U.S.C. § 1915(a)(3). Accordingly, having been carefully considered, plaintiff's motion to proceed IFP on appeal is hereby **DENIED**.

If plaintiff wishes to proceed with his appeal, he must pay the entire $255 appellate filing fee. Because plaintiff has stated that he cannot pay the $255 immediately, he must pay using the partial payment plan described under 28 U.S.C. § 1915(b). Pursuant to section 1915(b), the prison account custodian where plaintiff is incarcerated shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month's income credited to plaintiff's account until the $255 appellate filing fee has been paid in full. Twenty percent of any deposits into the prisoner's account shall be withheld by the prison account custodian who, on a monthly basis, shall forward

the amount withheld from the prisoner's account to the Clerk of this Court each time the amount in the account exceeds $10 until the total filing fee of $255 has been paid. Checks should be made payable to "Clerk, U.S. District Court."

**SO ORDERED**, this 25th day of April, 2006.

s/  Hugh Lawson
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr